IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN POLK                                              PLAINTIFF

v.                          No. 4:13-cv-554-DPM-BD

ASHLEY COUNTY DETENTION CENTER                             DEFENDANT

### ORDER

More than a month has passed since the Court ordered Polk to submit an amended complaint. № 3. He hasn't asked for more time or otherwise responded. The Court warned that it could dismiss Polk's complaint if he did not comply by 23 October 2013. Local Rule 5.5(c)(2). Polk's complaint is dismissed without prejudice, for failure to prosecute.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2013